

U.S. Department of Justice

United States Attorney
Eastern District of New York

ML
F.#2014R01920/OCDETF#NYNYE-764

271 Cadman Plaza East
Brooklyn, New York 11201

April 12, 2017

By ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Dario Usuga-David, et al.
     Docket No. 14-CR-625 (DLI)

Dear Chief Judge Irizarry:

   The government respectfully submits this letter to update the Court of the status of the above-captioned case.

   On August 12, 2015, the grand jury returned a third superseding indictment against eleven defendants, charging the defendants with, among other things, being members of a continuing criminal enterprise referred to as the Urabeños. With respect to one of the defendants, Ramiro Caro Pineda, the parties filed a consent to transfer the case to the Southern District of Florida pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The Court granted that request on November 10, 2016. In addition, in January and February 2016, three of the defendants—Daniel Rendon-Herrera, Cesar Daniel Anaya Martinez and Yony Alberto Grajales Alvarez—were arrested in Colombia pursuant to provisional arrest warrants. The government filed a request to extradite each of these defendants, and the defendants remain in custody in Colombia as extradition proceedings continue. The remaining defendants are currently fugitives.

          Respectfully submitted,

          BRIDGET M. ROHDE
          Acting United States Attorney

     By: /s/ Margaret Lee
       Margaret Lee
       Assistant U.S. Attorney
       (718) 254-6205