UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -             14-CR-625 (DLI)

DARIO ANTONIO USUGA-DAVID et al.,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Assistant United States Attorney Tara McGrath from this point forward will be added as counsel in the above-captioned matter.

  All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Tara McGrath
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Tel:  (718) 254-6454
> Email: Tara.McGrath@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Tara McGrath at the email address set forth above.

Dated: Brooklyn, New York
February 7, 2022

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Tara McGrath
Tara McGrath
Assistant U.S. Attorney

cc: Clerk of the Court (DLI)