UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DAIRO ANTONIO USUGA DAVID,                    14-CR-625 (S-4) (DLI)
   also known as "Otoniel," "Mao,"
   "Gallo" and "Mauricio-Gallo," and
JOBANIS DE JESUS AVILA VILLADIEGO,
   also known as "Chiquito" and "Chiquito
   Malo,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Gillian Kassner from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Gillian A. Kassner
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6224
        Fax:  (718) 254-6076
        Email: gillian.kassner@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Gillian Kassner at the email address set forth above.

Dated:   Brooklyn, New York
        April 27, 2022

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                            By:    /s/ Gillian A. Kassner
                                        Gillian A. Kassner
                                        Assistant U.S. Attorney

cc:   Clerk of the Court (DLI)