UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **STANDING ORDER** |
| | : | |
| -against- | : | Docket No. 14-cr-625 |
| | : | |
| DARIO ANTONIO USUGA-DAVID, et. al, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

**Dora L. Irizarry, United States District Judge:**

It is hereby ORDERED that cellphones, computers, laptops, tablets or other electronic devices that are capable of accessing the internet and/or making audio or video recordings and/or taking photographs ARE NOT PERMITTED in either the primary courtroom where proceedings will be held in the above-captioned action or in any overflow or press courtroom EXCEPT for those devices belonging to court employees, attorneys and their staff representing any of the parties in this case, and law enforcement personnel.

This ORDER shall remain in effect unless otherwise ordered by this Court.

SO ORDERED.

DATED:  Brooklyn, New York
           May  5 , 2022

_____
DORA L. IRIZARRY
United States District Judge