# EXHIBIT A



Cocaine seized in Guna Yala, Panama on April 14, 2021



Cocaine seized in Guna Yala, Panama on April 14, 2021



Cocaine seized in Guy-Yala, Panama, April 14, 2021

Cocaine seized in Guna Yala, Panama on April 14, 2021



Cocaine seized in Guna Yala, Panama on April 14, 2021