# EXHIBIT B



Weapons seized by the Colombian National Police on January 24, 2021


Weapons seized by the Colombian National Police on January 24, 2021



Weapons seized by the Colombian National Police on January 24, 2021


Weapons seized by the Colombian National Police on January 24, 2021



Weapons seized by the Colombian National Police on January 24, 2021