# EXHIBIT C


Weapons seized by the Colombian National Police on January 30, 2021


Items seized by the Colombian National Police on January 30, 2021



Weapons seized by the Colombian National Police on January 30, 2021


Weapons seized by the Colombian National Police on January 30, 2021