# EXHIBIT D



Weapons seized by the Colombian National Police on July 28, 2021