# EXHIBIT E



**Clan del Golfo High-Intensity Cocaine Trafficking Routes**

- Significant Territorial Presence in Colombia
- Cocaine Export Routes through Central America and Mexico and Ultimately into the United States of America