UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-

DAIRO ANTONIO USUGA DAVID,

                Defendant.
------------------------------------------------------------------X

14 CR 625 (S-4) (DLI)

NOTICE OF APPEARANCE

SIR OR MADAM:

       PLEASE TAKE NOTICE that Alexei Schacht, an attorney admitted to practice law before this Court, hereby appears as an attorney of record for the defendant.

       Respectfully submitted,

       _____
       Alexei Schacht
       Attorney at Law
       123 West 94th Street
       New York, New York 10025
       (646) 729-8180
       alexei@schachtlaw.net
       www.schachtlaw.net

Dated:      May 23, 2022