

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/GK/TBM
F. #2014R01920/OCDETF #NY-NYE-764

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 1, 2022

By ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Dairo Antonio Usuga David
                 Criminal Docket No. 14-625 (S-4) (DLI)

Dear Judge Irizarry:

      The government respectfully writes to request that a proposed stipulation and protective order concerning discovery materials be so ordered by the Court. The government makes this application because there are discovery materials to be produced to the defendant that contain sensitive information, and the government believes that the proposed stipulation will enable expedited production of those materials. The proposed stipulation and order, which has been signed by all parties, is respectfully enclosed for the Court's consideration.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:   /s/ Francisco J. Navarro
                              Francisco J. Navarro
                              Gillian A. Kassner
                              Tara B. McGrath
                              Assistant United States Attorneys
                              (718) 254-7000

cc:    Clerk of Court (DLI) (By ECF)
       Arturo Hernandez, Esq. (By ECF)
       Alexei Schacht, Esq. (By ECF)