

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN/GK/TBM
F. #2014R01920/OCDETF #NY-NYE-764

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 5, 2022

<u>By ECF and Email</u>

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: <u>United States v. Dairo Antonio Usuga David</u>
> <u>Criminal Docket No. 14-625 (DLI)</u>

Dear Judge Irizarry:

The government writes to provide the Court with a status update regarding the above-referenced matter. As discussed at the last status conference, the government continues to work with the intelligence community to determine the scope of materials that may be subject to discovery and/or proceedings pursuant to the Classified Information Procedures Act. The government's work is ongoing, and it expects to be able to provide a more substantive update regarding the scope of such discovery and/or proceedings at the next status conference, which is currently scheduled for August 2, 2022. The government is, of course, available at the Court's convenience to address any issues or questions that the Court may have in the interim.

Respectfully submitted,

BREON PEACE
United States Attorney

Francisco J. Navarro
Gillian Kassner
Tara McGrath
Assistant United States Attorneys
(718) 254-7000

cc: Clerk of Court (DLI) (via ECF)
    Counsel of Record (via ECF)