

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN/GK/TBM
F.# 2014R01920/OCDETF #NY-NYE-764

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 15, 2022

By Email and ECF

Alexei Schacht, Esq.
123 West 94th Street
New York, New York 10025
alexei@schachtlaw.net

Paul R. Nalven, Esq.
43 West 43 Street, Suite 59
New York, New York 10036
Nalvenlaw@yahoo.com

> Re:     United States v. Dario Antonio Usuga David
>         Criminal Docket No. 14-625 (S-4) (DLI)

Dear Mr. Schacht and Mr. Nalven:

The government is providing you with supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being shared via USAfx, a file sharing system. The government also requests reciprocal discovery from the defendant. The discovery includes the following: Intercepted and recorded communications, which have been designated as Sensitive Discovery Material pursuant to the governing protective order in this case (ECF No. 158), Bates-numbered SDM_USUGA00000147-SDM_USUGA00002225.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Francisco J. Navarro
Francisco J. Navarro
Gillian A. Kassner
Tara B. McGrath
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of the Court (DLI) (by ECF) (without enclosures)

2