

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/GK/TBM
F. #2014R01920/OCDETF #NY-NYE-764

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2022

By ECF and Email
The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Dairo Antonio Usuga David
     Criminal Docket No. 14-625 (DLI)

Dear Judge Irizarry:

  The government writes in response to Your Honor's November 17, 2022 Order (the "Order") directing the government to serve a copy of the Order on the Metropolitan Detention Center (the "MDC") no later than 3:00 p.m. on Friday, November 18, 2022. (ECF No. 192). The government confirms that it served a copy of the Order on the MDC in the evening on November 17, 2022, and that members of the MDC subsequently confirmed receipt of the Order. The government further confirms that members of the MDC have acknowledged that the Court has ordered that the MDC file a status report no later than 5:00 p.m. on November 22, 2022.

           Respectfully submitted,

          BREON PEACE
          United States Attorney

          Francisco J. Navarro
          Gillian Kassner
          Tara McGrath
          Assistant United States Attorneys
          (718) 254-7000

cc: Clerk of Court (DLI) (via ECF)
   Counsel of Record (via ECF)