```
              FILED
         IN CLERK'S OFFICE
     U.S. DISTRICT COURT E.D.N.Y.

       ★   JAN 25 2023   ★

           BROOKLYN OFFICE
```

January 24, 2023

HAND DELIVERED

The Honorable Dora Irizarry
United States District Court Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v Usuga-David 14-CR-625

Dear Irizarry:

We are writing on behalf of who cover the Brooklyn Federal Courthouse regarding the scheduled guilty plea of Dairo Usuga-David (14-CR-00625).

Because of the high media interest in the case, we are asking you to be in the courtroom in person. There is a presumption of open courts in the United States, and, as surrogates for the public we should be allowed to witness the plea in person.

The press has long been permitted in courtroom with defendants with violent backgrounds, including sworn members of al Qaeda, terrorists and organized crime bosses like John Gotti. Reporters were allowed to be in the court for a six-month trial of al-Qaeda founders who carried out the US Embassy bombings. Reporters were also permitted in the courtroom for the months-long trial of Sinaloa cartel leader of Joaquin "El Chapo" Guzman before US District Judge Brian Cogan without incident. Meanwhile, the press is currently in the courtroom covering the trial of a former Mexican security chief accused of helping Guzman.

If there is an issue with Covid protocol, the press has been allowed to be in the courtroom since the court relaxed Covid restrictions last year.

Thank you for your consideration,

Patricia Hurtado
Bloomberg News
On behalf of the Eastern District Press Corps