

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/GK/TBM
F. #2014R01920/OCDETF #NY-NYE-764

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 13, 2023

**Request to File Under Seal**

<u>By ECF and Email</u>
The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Dairo Antonio Usuga David
                Criminal Docket No. 14-625 (DLI)

Dear Judge Irizarry:

        The government writes in response to Your Honor's June 12, 2023 Order, directing the government to notify the Court by June 13, 2023 whether an extension of time is requested in which to file the government's opposition (the "Opposition") to the defendant's motion for release from the Special Administrative Measures (the "Motion"). The government respectfully requests that the deadline to file the government's Opposition be extended by one week, from June 16, 2023 to June 23, 2023, in light of the defendant's filing of an addendum to the Motion. This is the government's first request for an extension of time. Defense counsel

consents to the requested extension. The government is available at the Court's convenience to address any issues or questions that the Court may have about the foregoing.

>Respectfully submitted,
>
>BREON PEACE
>United States Attorney
>
>_____
>Francisco J. Navarro
>Gillian Kassner
>Tara McGrath
>Assistant United States Attorneys
>(718) 254-7000

cc: Clerk of Court (DLI) (via ECF)
     Counsel of Record (via ECF)