

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/GK/TBM
F. #2014R01920/OCDETF #NY-NYE-764

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 22, 2023

<u>By ECF and Email</u>

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Dairo Antonio Usuga David</u>
     <u>Criminal Docket Nos. 14-625, 23-21 and 23-27 (DLI)</u>

Dear Judge Irizarry:

   The government writes in response to Your Honor's April 24, 2023 Order, directing the government to notify the Court and the Probation Department whether the government has any response to objections to the Presentence Investigation Report raised by the defendant on or before June 23, 2023. The government has no response to the defendant's objections. The government is available at the Court's convenience to address any issues or questions that the Court may have about the foregoing.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

              Francisco J. Navarro
              Gillian Kassner
              Tara McGrath
              Assistant United States Attorneys
              (718) 254-7000

cc: Clerk of Court (DLI) (via ECF)
   Counsel of Record (via ECF)
   U.S. Probation (via email)