

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

FJN/GK/TBM
F. #2014R01920/OCDETF #NY-NYE-764

June 23, 2023

By ECF and Email
The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dairo Antonio Usuga David
Criminal Docket Nos. 14-625, 23-21 and 23-27 (DLI)

Dear Judge Irizarry:

The government writes in response to Your Honor's April 24, 2023 Order, directing the government to notify the Court and the Probation Department whether the government has any response to objections to the Presentence Investigation Report ("PSR") raised by the defendant on or before June 23, 2023. The government responds as follows to the defendant's objections:

- Objection to Paragraph 113: The government takes no position regarding the defendant's objection.

- Objection to Paragraph 118: The government takes no position regarding the defendant's objection.

- Objection to Paragraph 119: The government takes no position regarding the defendant's objection.,

- Objection to Paragraph 126: The government takes no position regarding the defendant's objection.

- Proposed Additions to Paragraph 107: The government does not object to adding information regarding the defendant's prior convictions in Colombia to the PSR, though the government does not believe such additions are necessary, as there is no dispute that such convictions do not affect the computation of the defendant's Criminal History Category, and there is also no dispute that the defendant has consented to the application of sentencing enhancements that reflect the possession of firearms and the commission of acts of violence.

The government is available at the Court's convenience to address any issues or questions that the Court may have about the foregoing.

Respectfully submitted,

BREON PEACE
United States Attorney

_____
Francisco J. Navarro
Gillian Kassner
Tara McGrath
Assistant United States Attorneys
(718) 254-7000

cc: Clerk of Court (DLI) (via ECF)
Counsel of Record (via ECF)
U.S. Probation (via email)